FILED'05 DEC 21 09:14USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD L. LAING,　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff,　　　　　）
　　　　　　　　　　　　　　　　　)　Civil No. 05-103-CO
　　v.　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　)　ORDER
TED KULONGOSKI, et al.,　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　　Defendants.　　　　 ）
　　　　　　　　　　　　　　　　　）

Magistrate Judge John P. Cooney filed his Findings and Recommendation on November 28, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1　　- ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Defendants' motion to dismiss (#33) is allowed. This case is dismissed.

IT IS SO ORDERED.

DATED this 20th day of DEC., 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE